

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2015

No. 04-15-00297-CV

**HETUL BHAKTA DBA BUDGET INN,**
Appellant

v.

**TEXAS DEPARTMENT OF TRANSPORTATION AND BALLENGER CONSTRUCTION COMPANY,**
Appellees

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 11-04-15888-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Appellees' motion for extension of time to file brief is hereby GRANTED. Time is extended to September 23, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court